THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE THOMAS FULLER,<br><br>    Petitioner,<br><br>  v.<br><br>JASON BENNETT,<br><br>    Respondent. | CASE NO. C24-0483-JCC-GJL<br><br>ORDER |

This matter comes before the Court on objections (Dkt. No. 6) to the Report and Recommendation ("R&R") of the Honorable Grady L. Leupold, U.S. Magistrate Judge (Dkt. No. 5). Judge Leupold recommends the Court dismiss with prejudice Jesse Fuller's habeas petition brought pursuant to 28 U.S.C. § 2244. (*Id.* at 5.) Mr. Fuller objects. (Dkt. No. 6.) Having thoroughly considered the relevant record, the Court OVERRULES Mr. Fuller's objections, ADOPTS the R&R, DISMISSES the petition with prejudice, and DENIES a certificate of appealability.

According to the R&R, Mr. Fuller's one-year time limit to seek federal habeas relief lapsed September 3, 2018. (Dkt. No. 5 at 4.) Yet he did not file the instant petition until April 10, 2024. (*Id.*) On this basis, service of the petition is not required; instead, it should be dismissed with prejudice. (*Id.* at 3) (citing Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts).

ORDER
C24-0483-JCC-GJL
PAGE - 1

In objecting, Mr. Fuller does not meaningfully address this finding or Judge Leupold's ultimate recommendation. (*See generally* Dkt. Nos. 6.) Instead, he lodges generic, non-responsive procedural arguments. (*Id.*) This is insufficient to trigger *de novo* review of the R&R. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see* Fed. R. Civ. P. 72(b)(2) (a party properly objects by filing "specific written objections"); *see also Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1175 (9th Cir. 1996) (describing the requirements for an effective objection). Accordingly, this Court need not consider Mr. Fuller's § 2244 petition.

The Court, therefore, OVERRULES Mr. Fuller's objection(s) (Dkt. No. 6), ADOPTS the R&R (Dkt. No. 5), DISMISSES his § 2244 petition with prejudice, DENIES leave to proceed *in forma pauperis* (Dkt. No. 1), DENIES a certificate of appealability, and DIRECTS the Clerk to send copies of this order to Mr. Fuller and Judge Leupold.

DATED this 27th day June 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE